UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KEVIN FOSTER-BEY, et al.,

    Plaintiffs,

v.                                             Case No.  3:16cv477/RV/CJK

RON HILL, et al.,

    Defendants.
_____/

## ORDER

This cause comes on for consideration of the Magistrate Judge's Report and Recommendation dated October 5, 2016 (doc. 7).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  After reviewing the timely objections to the Recommendation (doc. 8), the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 7) is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE to each plaintiff filing


a new individual complaint on his own behalf, and either paying the full $400.00 fee ($350.00 filing fee and $50.00 administrative fee) or submitting an individual application to proceed *in forma pauperis*.

    3.  The clerk is directed to close the file.

    **DONE AND ORDERED** this 31st day of October, 2016.

        /s/ *Roger Vinson*
        **ROGER VINSON**
        **SENIOR UNITED STATES DISTRICT JUDGE**